# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:21−cv−00131−RWS

BEALL v. Liberty Life Assurance Company of Boston  
Assigned to: District Judge Robert W. Schroeder, III  
Cause: 29:1362 ERISA

Date Filed: 04/13/2021  
Jury Demand: None  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**DWAYNE BEALL**     represented by     **Robert Edward Goodman , Jr**
Kilgore & Kilgore, PLLC – Dallas
3109 Carlisle, Suite 200
Dallas, TX 75204
214−379−0823
Fax: 214−379−0840
Email: reg@kilgorelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Liberty Life Assurance Company of Boston**     represented by     **Iwana Rademaekers**
Law Offices of Iwana Rademaekers, PC
17304 Preston Road
Suite 800
Dallas, TX 75252
214−579−9319
Fax: 469−444−6456
Email: iwana@rademaekerslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2021 | 1 | COMPLAINT against Liberty Life Assurance Company of Boston ( Filing fee $ 402 receipt number 0540−8354572.), filed by DWAYNE BEALL. (Attachments: # 1 Civil Cover Sheet)(Goodman, Robert) (Entered: 04/13/2021) |
| 04/14/2021 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 04/14/2021) |
| 04/14/2021 |  | Case assigned to District Judge Robert W. Schroeder, III. (ch, ) (Entered: 04/14/2021) |

| 04/14/2021 | 2 | SUMMONS Issued as to Liberty Life Assurance Company of Boston. (ch, )(Entered: 04/14/2021) |
| 05/13/2021 | 3 | AMENDED SUMMONS Issued as to Liberty Life Assurance Company of Boston. (ch, ) (Entered: 05/13/2021) |
| 06/15/2021 | 4 | Unopposed MOTION to Change Venue by Liberty Life Assurance Company of Boston. (Attachments: # 1 Text of Proposed Order)(Rademaekers, Iwana) (Entered: 06/15/2021) |
| 06/15/2021 | 5 | CORPORATE DISCLOSURE STATEMENT filed by Liberty Life Assurance Company of Boston identifying Corporate Parent Lincoln National Life Insurance Company, Corporate Parent Lincoln National Corporation, Other Affiliate Lincoln Life Assurance Company of Boston for Liberty Life Assurance Company of Boston. (Rademaekers, Iwana) (Entered: 06/15/2021) |
| 06/15/2021 | 6 | ANSWER to 1 Complaint by Liberty Life Assurance Company of Boston.(Rademaekers, Iwana) (Entered: 06/15/2021) |
| 06/17/2021 | 7 | ORDER granting 4 Motion to Change Venue. This case is hereby TRANSFERRED to the Northern District of Texas, Fort Worth Division.. Signed by District Judge Robert W. Schroeder, III on 6/17/2021. (ch, ) (Entered: 06/17/2021) |