**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DWAYNE BEALL.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-00858-O** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

According to the parties' Joint Report, "[b]ecause this is an action governed by ERISA, the parties request that the Court enter a briefing schedule in lieu of a traditional scheduling order." *See* ECF No. 11. Accordingly, the Court **ORDERS** the following briefing schedule:

| | |
|---|---|
| Deadline for Motions for Leave to Join Parties or Amend Pleadings | September 20, 2021 |
| Mediation (¶ 1) | November 15, 2021 |
| Completion of Discovery (¶ 2) | December 15, 2021 |
| Stipulated Record Deadline | January 21, 2022 |
| Opening Briefing Due | February 4, 2022 |
| Responsive Briefing Due | February 18, 2022 |
| Reply Briefing Due | February 25, 2022 |

1. **Mediation Deadline**: The parties shall jointly select a mediator and mediate on or before **November 15, 2021.** Within **seven days** after the mediation, the parties shall **jointly prepare and file a written report**, which shall be signed by counsel for each party, detailing the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement informing the Court of the effect of their mediation and whether this case has been settled by agreement of the parties.
2. **Completion of Discovery**: By **December 15, 2021,** all discovery—including discovery concerning expert witnesses—shall be completed. The parties may agree to extend this discovery deadline, provided (a) the extension **does not affect** the trial setting, dispositive

motions deadline, challenges to experts deadline, or pretrial submission dates; and (b) written notice of the extension is given to the Court.

**SO ORDERED** on this **23rd day** of **July, 2021**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**