**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DWAYNE BEALL,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 4:21cv00858-O** |
| | § | |
| **VS.** | § | |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION TO EXTEND MEDIATION DEADLINE**

Plaintiff Dwayne Beall and Defendant Liberty Life Assurance Company of Boston file this Joint Motion to Extend Mediation Deadline and would show the Court as follows:

1. Pursuant to the Scheduling Order entered by the Court on July 23, 2021, (document 12), the parties must complete mediation in this case by November 15, 2021.

2. The Parties have agreed to mediate the matter with Ross Stoddard and the first available date on his calendar on which all parties and counsel are available is December 6, 2021.

3. Therefore, to facilitate the parties' efforts to resolve this matter without incurring additional expenses in the interim, the Parties request that the Court extend the deadline to complete mediation until and including December 6, 2021. The parties do not request an extension of any other deadline set by the Court in the Scheduling Order.

4. This Joint Motion to Extend Mediation Deadline is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an order extending the deadline to complete mediation until and including December 6, 2021.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**AND**

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas 75204
PH: (214) 379-0823
FX: (214) 379-0840
Email: reg@kilgorelaw.com

By: /s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
Texas Bar No. 08158100

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Robert E. Goodman, Jr.
Email: reg@kilgorelaw.com

November 15, 2021
Date

/s/ Iwana Rademaekers
Iwana Rademaekers