**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DWAYNE BEALL,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 4:21cv00858-O** |
| | § | |
| **VS.** | § | |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE**

On this day came on to be considered the Parties' *Joint Motion to Extend Mediation Deadline*. Upon considering the Motion, the Court is of the opinion that the Motion should be, and is hereby, GRANTED. It is, therefore,

ORDERED that the Parties shall have until December 6, 2021, to mediate this case.

**SIGNED** this ______ day of November 2021.

______________________________________
REED O'CONNOR
UNITED STATES DISTRICT JUDGE