**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DWAYNE BEALL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-00858-O** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is the parties' Joint Motion to Extend Mediation Deadline (ECF No. 14), filed November 15, 2021. In light of the circumstances, the Court finds that good cause exists to modify the scheduling order, *see* Fed. R. Civ. P. 16(b). The Court **GRANTS** the Motion, **EXTENDS** the mediation deadline to **December 6, 2021**, and **ORDERS** the parties to file a mediation report in accordance with the Scheduling Order (ECF No. 12) on or before **December 20, 2021**.

**SO ORDERED** on this **18th day** of **November, 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE