**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DWAYNE BEALL,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 4:21cv00858-O** |
| | § | |
| **VS.** | § | |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

# JOINT MEDIATION REPORT

Pursuant to the Orders entered by the Court on July 23, 2021 (Dkt 12) and November 18, 2021 (Dkt 15), Plaintiff Dwayne Beall ("Plaintiff") and Defendant Liberty Life Assurance Company of Boston ("Defendant") file this Joint Mediation Report and show the Court as follows:

1. The Parties attended mediation in this matter with Ross Stoddard on December 6, 2021, via Zoom and in attendance at the mediation were:

- Plaintiff, Dwayne Beall
- Plaintiff's Counsel, Robert E. Goodman
- Defendant's Representative, Paula McGee, Assistant Vice President and Senior Counsel
- Defendant's Counsel, Iwana Rademaekers

2. The Parties made a good faith effort to resolve of all claims asserted in this matter but were unable to reach a settlement before the completion of the mediation.

3. Should the Parties reach a settlement, they will notify the court immediately.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**AND**

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas 75204
PH: (214) 379-0823
FX: (214) 379-0840
Email: reg@kilgorelaw.com

By: /s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
Texas Bar No. 08158100

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Robert E. Goodman, Jr.
Email: reg@kilgorelaw.com

December 20, 2021 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers