**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DWAYNE BEALL,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 4:21cv00858-O** |
| | § | |
| **VS.** | § | |
| | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Dwayne Beall and Defendant Liberty Life Assurance Company of Boston hereby give notice that this case has settled.  The parties are currently working on finalizing settlement documents and will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated:  January 24, 2022.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

By:   /s/ Iwana Rademaekers
        Iwana Rademaekers, Esq.
        Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT


**AND**

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas  75204
PH:  (214) 379-0823
FX:  (214) 379-0840
Email:  reg@kilgorelaw.com

By:    /s/ Robert E. Goodman, Jr.
          Robert E. Goodman, Jr.
          Texas Bar No. 08158100

ATTORNEYS FOR PLAINTIFF