**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DWAYNE BEALL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-00858-O** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

The parties have informed the Court that the parties have agreed to settle this matter. *See* ECF No. 17. Accordingly, the parties are **ORDERED** to file a stipulation of dismissal no later than **March 26, 2022.**

**SO ORDERED** this **25th day** of **January, 2022.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE