IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DWAYNE BEALL, | § |
| | § |
| Plaintiff, | §   Civil Action No. 4:21cv00858-O |
| | § |
| VS. | § |
| | § |
| LIBERTY LIFE ASSURANCE | § |
| COMPANY OF BOSTON, | § |
| | § |
| Defendant. | § |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Dwayne Beall and Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 9th day of March 2022.

Respectfully submitted,

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas  75204
PH:  (214) 379-0823
FX:  (214) 379-0840
Email:  reg@kilgorelaw.com

By:   /s/ Robert E. Goodman, Jr.
       Robert E. Goodman, Jr.
       Texas Bar No. 08158100

ATTORNEYS FOR PLAINTIFF

        ATTORNEY FOR PLAINTIFF

        **- AND -**

        LAW OFFICES OF IWANA RADEMAEKERS, P.C.
        17304 Preston Road, Suite 800
        Dallas, Texas 75252
        Main: (214) 579-9319
        Fax: (469) 444-6456
        Email: iwana@rademaekerslaw.com

        By: /s/ Iwana Rademaekers
             Iwana Rademaekers, Esq.
             Texas Bar No. 16452560

        ATTORNEYS FOR DEFENDANT